[No. 21542–6–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. NORBERT W. LATZKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–02050–9, Gary M. Little, J., entered December 11, 1987. *Reversed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 20443–2–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–05009–1, James D. McCutcheon, Jr., J., entered May 13, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.

[No. 21205–2–I.   Division One.   July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE VANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–00981–1, Stephen M. Reilly, J., entered October 21, 1987. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 21959–6–I.   Division One.   July 24, 1989.]

ROY F. WINKLE, *Appellant*, v. THE WEYERHAEUSER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86–2–17984–4, Jim Bates, J., entered March 14, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Forrest, JJ.